**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**JEFFREY L. BAILEY**
      Plaintiff

v.                                                                              **No. 1:06CV-00098-J**

**JO ANNE B. BARNHART**
      Commissioner of Social Security
      Defendant

**ORDER**

The court has conducted a _de novo_ review of the magistrate judge's report in light of the objections thereto and the record as a whole. The magistrate judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein. It is therefore ORDERED as follows:

    1. The motion for a remand for consideration of new and material evidence pursuant to the sixth sentence of 42 U.S.C. § 405(g) (Docket Entry No. 11) is DENIED.

    2. Within 60 days, the plaintiff shall FILE his fact and law summary in compliance with numerical paragraph 2 of the Order entered by the Court on July 10, 2006.

    3. Within 30 days of the plaintiff's compliance with number 2, above, the defendant shall comply with numerical paragraph 3, of the above-mentioned Order.